782

■ ANN MAGERS, Appellant, v. SOCONY-VACUUM OIL COMPANY, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ. [See 1 A D 2d 1034.]

■ BERTHA MOONEY et al., Respondents, v. JACOB KLEIN, Doing Business as SAUL'S FRUIT MARKET, et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ. [See ante, p. 712.]

■ FANNIE ORLOW, Respondent, v. GEORGE BOCCHIERI, Appellant.— Motion for leave to appeal to the Appellate Division and for a further stay denied, without costs. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ.

■ LENORE S. TRIMBLE, Respondent, v. ARTHUR A. BEAUDRY, Appellant. — Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See ante, p. 704.]

■ MARTIN WEISS et al., Respondents, v. KNOCKLONG CORP., Appellant. — Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ. [See ante, p. 685.]

■ SUE WENDELL, Appellant, v. JOSEPH B. SHAUTE, Respondent.— Motion to dismiss appeal granted by default, with $10 costs, and appeal dismissed. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ.